UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |  |
|---|---|---|
| Deana Cringan-Stradford, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:15-cv-1656 - UNA |
| | ) | |
| Susan K. Woodrow, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

The above styled and numbered case was filed on November 4, 2015 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Nannette A. Baker, United States Magistrate Judge, under cause number 2:15-cv-00076.

**IT IS FURTHER ORDERED** that cause number 4:15cv1656 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: November 5, 2015              By: /s/ Michele Crayton
                                         Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:15cv00076 NAB.**